IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENNIE D. HERRING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:12cv548-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Bennie D. Herring has filed a pleading styled as a "Motion to Vacate Void Judgment," in which he asserts claims that his drug and firearm-related convictions, entered by this court in 2006,[1] should be vacated on grounds that this court "was totally without jurisdiction of the subject matter ..., was without venue-jurisdiction[, and] lacked in personam jurisdiction of the defendant" pursuant to "federal law ..., the U.S. Constitution[, and] the International Agreement on Detainers." (Doc. No. 1 at 1-2.) Herring presents no facts or argument in support of his conclusory claims, and the bases for his claims are not self-evident. It is therefore the

RECOMMENDATION of the Magistrate Judge that Herring's "Motion to Vacate Void Judgment" (Doc. No. 1) be DENIED.

It is further

---

[1] Herring was convicted of knowingly possessing methamphetamine and being a felon in possession of a firearm. On January 27, 2006, he was sentenced to three years in prison, followed by three years of supervised release. *See Herring v. United States*, 1:05cr161-MHT. By the time he filed the instant motion, on June 25, 2012, his sentence had fully expired.

ORDERED that the parties shall file any objections to this Recommendation **on or before August 13, 2012.** A party must specifically identify the findings in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's proposed findings and recommendations shall bar a party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc).

Done this 30th day of July, 2012.

       /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE